JS-6

1
2
3
4
5
6
7
8
9      UNITED STATES DISTRICT COURT
10     FOR THE CENTRAL DISTRICT OF CALIFORNIA
11     SOUTHERN DIVISION

| | |
|---|---|
| FARID GHASEMI,<br><br>      Plaintiff,<br><br>      v.<br><br>MERRICK B. GARLAND, ATTORNEY GENERAL OF THE UNITED STATES; ALEJANDRO MAYORKAS, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UR MENDOZA JADDOU, DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; TED H. KIM, ACTING ASSOCIATE DIRECTOR REFUGEE, ASYLUM AND INTERNATIONAL DIRECTORATE; CHRISTOPHER A. WRAY, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATIONS,<br><br>      Defendants. | No. SACV 22-00264 CJC (ADSx)<br><br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Hon. Cormac J. Carney<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefore,

IT IS HEREBY ORDERED that the instant action shall be stayed until September 16, 2022.

Dated: April 4, 2022

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1